IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-80,269-01






EX PARTE JUAN SALINAS IV, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. CR2007-135-1 IN THE 207TH DISTRICT COURT


FROM COMAL COUNTY






 Per curiam.

 

O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of
possession of a controlled substance and sentenced to imprisonment for two and five years. He did
not appeal his convictions.

 Applicant contends that he was not credited with 9½ weeks he spent in a state jail felony
facility. His two-year sentence has discharged, and he does not raise collateral consequences. 
Accordingly, his claims relating to this conviction are dismissed. Tex. Code Crim. Proc art. 11.07,
§ 3(c). Applicant's five-year sentence has not discharged, but his claims relating to this conviction
are without merit and accordingly are denied. This application is dismissed in part and denied in
part. 


Filed: October 23, 2013

Do not publish